1

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

- - -

SMART MEMORY SOLUTIONS LLC,
                                    :    CIVIL ACTION
            Plaintiff,              :
v                                   :
                                    :
PANASONIC CORPORATION OF NORTH AMERICA,    :
TOSHIBA AMERICA ELECTRONIC COMPONENTS,     :
INC., FUJITSU SEMICONDUCTOR LIMITED,       :
And FUJITSU SEMICONDUCTOR AMERICA, INC.,   :
                                    :    NO. 11-680-LPS
            Defendants.             - - -

                    Wilmington, Delaware
                    Tuesday, January 10, 2012
                    *Telephone Conference*

                            - - -

BEFORE:          HONORABLE **LEONARD P. STARK**, U.S.D.C.J.

                            - - -

APPEARANCES:

        PROCTOR HEYMAN, LLP
        BY:  NEAL C. BELGAM  ESQ.

                and

        COHEN & GRACE, LLC
        BY:  EDWARD C. FLYNN, ESQ.
             (Pittsburgh, Pennsylvania)

                Counsel for Smart Memory Solutions LLC


        MORRIS NICHOLS ARSHT & TUNNELL, LLP
        BY:  MARY B. GRAHAM, ESQ.

                and


                            Brian P. Gaffigan
                            Registered Merit Reporter

APPEARANCES:   (Continued)


                    WHITE & CASE, LLP
                    BY:  JACK Q. LEVER, JR., ESQ., and
                         DAVID M. TENNANT, ESQ.
                         (Washington, District of Columbia)

                             Counsel on behalf of Panasonic
                             Corporation of North America


                    DLA PIPER (US) LLP
                    BY:  DENISE S. KRAFT, ESQ.

                         and

                    DLA PIPER (US) LLP
                    BY:  MARK D. FOWLER, ESQ., and
                         CARRIE L. WILLIAMSON, ESQ.
                         (East Palo Alto, California)

                             Counsel on behalf of Toshiba America
                             Electronic Components, Inc.


                    POTTER ANDERSON & CORROON, LLP
                    BY:  RICHARD L. HORWITZ, ESQ.

                         and

                    JONES DAY
                    BY:  DAVID L. WITCOFF, ESQ.
                         (Chicago, Illinois)

                             Counsel for Freescale Semiconductor


                    YOUNG CONAWAY STARGATT & TAYLOR, LLP
                    BY:  ADAM W. POFF, ESQ.

                         and

                    ROPES & GRAY, LLP
                    BY.   STEVEN BAUGHMAN, ESQ.
                         (Washington, District of Columbia)

                         and

APPEARANCES:  (Continued)

                    ROPES & GRAY, LLP
                    BY.   ANDREW BINKLEY, ESQ.
                         (Boston, Massachusetts)

                         Counsel for Fujitsu Semiconductor
                         America, Inc.


                              - oOo -

                    P R O C E E D I N G S

              (REPORTER'S NOTE:  The following telephone

conference was held in chambers, beginning at 1:31 p.m.)

              THE COURT:  Good afternoon, everybody.  This is

Judge Stark.  Who is there, please?

              MR. BELGAM:  Hello, your Honor.  For the

plaintiff Smart Memory Solutions LLC, it's Neal Belgam; and

I have with me, Edward Flynn from Cohen & Grace in Pittsburgh.

              THE COURT:  Okay.

              MR. FLYNN:  Hello, your Honor.

              THE COURT:  I'm sorry.  I'm not hearing you.

Who is there?

              MR. FLYNN:  This is Ed Flynn.  I just said

hello.

              THE COURT:  Okay.  Who else is there, please?

              MS. GRAHAM:  Your Honor, for Panasonic

Corporation of North America, this is Mary Graham from

Morris Nichols; and with me are David Tennant and Jack Lever from White & Case.

THE COURT:  Okay.  Thank you.

MS. KRAFT:  Good afternoon, your Honor.  It's Denise Kraft from DLA Piper.  With me on the phone are Mark Fowler and Carrie Williamson, colleagues in our Palo Alto offices.

THE COURT:  You are here for whom?

MR. HORWITZ:  Your Honor, it's Rich Horwitz here in Wilmington.  With me is David Witcoff from Jones Day.

THE COURT:  Okay.

MR. POFF:  Good afternoon, your Honor.  It's Adam Poff from Young Conaway.  With me from Ropes & Gray for Fujitsu are Steve Baughman and Andrew Binkley.

THE COURT:  Okay.  Anybody else?

Thank you very much.  For the record, it is our case of Smart Memory Solutions LLC versus Panasonic Corporation of North America, et al, our Civil Action No. 11-680-LPS.  This is the time we set for a scheduling conference.

I did see the letter filed by Mr. Belgam earlier today indicating developments with respect to Fujitsu so it seems to me there are no disputes in the scheduling order that require the Court's resolution but I do want to confirm that.

Let me first attempt to confirm that with the plaintiff, please.

MR. FLYNN:  That's correct, your Honor.

THE COURT:  Is there anything else that the plaintiff thinks we need to address before I check with the defendants?

MR. FLYNN:  I don't believe so, your Honor.

THE COURT:  All right.  Who wants to speak on behalf of one or more defendants?  Go ahead.

For Panasonic, do you agree that there is nothing the Court needs to decide?

MR. TENNANT:  Yes, I do, your Honor.  Nothing needs to be decided.

THE COURT:  Does anybody on the phone disagree with that?

All right.

MR. FOWLER:  Your Honor, this is Mark Fowler for Toshiba.

There is no disagreement with respect to the schedule itself.  I do not know whether you want to discuss this at the time or not but Toshiba and the other non-Fujitsu defendants have been evaluating and I suppose I should only speak for Toshiba, whether we would be filing our own motion to transfer.  I'm not challenging venue or jurisdiction as the motion that was filed by Fujitsu.  This

would be for convenience.

We finished the evaluation. Part of that was to make sure we have the facts lined up. That would be the anchor of our motion. We have not discussed this. We just finished with the plaintiff's counsel and we intend to confer with them about that very shortly. That would not affect the schedule as outlined.

THE COURT: Well, I appreciate the heads up on that. I'm only concerned today with setting the schedule so I take it you are comfortable with the schedule as proposed.

Is there anybody else on the defense side that wishes to be heard on any matter at this point?

Okay. Well, let me tell you, we'll have the claim construction hearing -- your proposed order is fine. The hearing on claim construction will be held on November 20th, beginning at 10:00 a.m. and I will direct the plaintiff on behalf of all parties to submit a revised proposed scheduling order that incorporates all of the dates that you have agreed on as well as the claim construction date and get that to us within the next two days and then we will sign it and enter it.

Is there anything further at this time from the plaintiff?

MR. FLYNN: Not unless your Honor is setting a pretrial or trial date today.

THE COURT:  No, we'll keep that as a "to be determined."

Is there anything else from the plaintiff?

MR. FLYNN:  No, your Honor.

THE COURT:  Okay.  And anything from any defendant?

MR. FOWLER:  Not from Toshiba.

(Unidentified Speaker):  Not from --

MR. TENNANT:  No, your Honor.

(Unidentified Speaker):  -- your Honor.

THE COURT:  All right.  We'll look for your proposed order.  Thank you very much.  Good-bye.

(Telephone conference ends at 1:36 p.m.)


I hereby certify the foregoing is a true and accurate transcript from my stenographic notes in the proceeding.


                              /s/ Brian P. Gaffigan
                            Official Court Reporter
                              U.S. District Court

**/**

**/s** [1] - 7:17

**1**

**10** [1] - 1:10
**10:00** [1] - 6:16
**11-680-LPS** [2] - 1:8, 4:19
**1:31** [1] - 3:11
**1:36** [1] - 7:13

**2**

**2012** [1] - 1:10
**20th** [1] - 6:16

**A**

**a.m** [1] - 6:16
**accurate** [1] - 7:15
**Action** [1] - 4:18
**ACTION** [1] - 1:4
**Adam** [1] - 4:13
**ADAM** [1] - 2:20
**address** [1] - 5:5
**affect** [1] - 6:7
**afternoon** [3] - 3:12, 4:4, 4:12
**agree** [1] - 5:10
**agreed** [1] - 6:19
**ahead** [1] - 5:9
**al** [1] - 4:18
**Alto** [2] - 2:11, 4:6
**AMERICA** [3] - 1:6, 1:6, 1:7
**America** [5] - 2:5, 2:12, 3:5, 3:25, 4:18
**anchor** [1] - 6:4
**AND** [1] - 1:2
**ANDERSON** [1] - 2:14
**ANDREW** [1] - 3:3
**Andrew** [1] - 4:14
**APPEARANCES** [3] - 1:14, 2:1, 3:1
**appreciate** [1] - 6:8
**ARSHT** [1] - 1:22
**attempt** [1] - 5:1

**B**

**BAUGHMAN** [1] - 2:23
**Baughman** [1] - 4:14
**BEFORE** [1] - 1:13
**beginning** [2] - 3:11, 6:16

**behalf** [4] - 2:5, 2:12, 5:9, 6:17
**Belgam** [2] - 3:15, 4:21
**BELGAM** [2] - 1:16, 3:14
**Binkley** [1] - 4:14
**BINKLEY** [1] - 3:3
**boston** [1] - 3:3
**Brian** [2] - 1:25, 7:17
**BY** [11] - 1:16, 1:19, 1:22, 2:3, 2:7, 2:10, 2:14, 2:17, 2:20, 2:23, 3:3
**bye** [1] - 7:12

**C**

**California** [1] - 2:11
**Carrie** [1] - 4:6
**CARRIE** [1] - 2:10
**Case** [1] - 4:2
**CASE** [1] - 2:2
**case** [1] - 4:17
**certify** [1] - 7:15
**challenging** [1] - 5:24
**chambers** [1] - 3:11
**check** [1] - 5:5
**Chicago** [1] - 2:17
**CIVIL** [1] - 1:4
**Civil** [1] - 4:18
**claim** [3] - 6:14, 6:15, 6:19
**Cohen** [1] - 3:16
**COHEN** [1] - 1:18
**colleagues** [1] - 4:6
**Columbia** [2] - 2:4, 2:23
**comfortable** [1] - 6:10
**Components** [1] - 2:12
**COMPONENTS** [1] - 1:6
**Conaway** [1] - 4:13
**CONAWAY** [1] - 2:20
**concerned** [1] - 6:9
**confer** [1] - 6:6
**Conference** [1] - 1:11
**conference** [3] - 3:11, 4:20, 7:13
**confirm** [2] - 4:24, 5:1
**construction** [3] - 6:14, 6:15, 6:19
**Continued** [2] - 2:1, 3:1
**convenience** [1] - 6:1
**Corporation** [3] - 2:5, 3:25, 4:18
**CORPORATION** [1] - 1:6

**correct** [1] - 5:3
**CORROON** [1] - 2:14
**Counsel** [4] - 1:20, 2:5, 2:18, 3:4
**counsel** [2] - 2:12, 6:5
**COURT** [16] - 1:1, 3:12, 3:17, 3:19, 3:23, 4:3, 4:8, 4:11, 4:15, 5:4, 5:8, 5:14, 6:8, 7:1, 7:5, 7:11
**Court** [3] - 5:11, 7:17, 7:18
**Court's** [1] - 4:24

**D**

**date** [2] - 6:20, 6:25
**dates** [1] - 6:18
**DAVID** [2] - 2:3, 2:17
**David** [2] - 4:1, 4:10
**DAY** [1] - 2:16
**days** [1] - 6:20
**decide** [1] - 5:11
**decided** [1] - 5:13
**defendant** [1] - 7:6
**defendants** [3] - 5:6, 5:9, 5:22
**Defendants** [1] - 1:8
**defense** [1] - 6:11
**DELAWARE** [1] - 1:2
**Delaware** [1] - 1:10
**DENISE** [1] - 2:7
**Denise** [1] - 4:5
**determined** [1] - 7:2
**developments** [1] - 4:22
**direct** [1] - 6:16
**disagree** [1] - 5:14
**disagreement** [1] - 5:19
**discuss** [1] - 5:21
**discussed** [1] - 6:4
**disputes** [1] - 4:23
**District** [3] - 2:4, 2:23, 7:18
**DISTRICT** [2] - 1:1, 1:2
**DLA** [3] - 2:7, 2:9, 4:5

**E**

**East** [1] - 2:11
**Ed** [1] - 3:21
**EDWARD** [1] - 1:19
**Edward** [1] - 3:16
**Electronic** [1] - 2:12
**ELECTRONIC** [1] - 1:6
**ends** [1] - 7:13
**enter** [1] - 6:21
**ESQ** [13] - 1:16, 1:19,

1:22, 2:3, 2:3, 2:7, 2:10, 2:10, 2:14, 2:17, 2:20, 2:23, 3:3
**et** [1] - 4:18
**evaluating** [1] - 5:22
**evaluation** [1] - 6:2

**F**

**facts** [1] - 6:3
**filed** [2] - 4:21, 5:25
**filing** [1] - 5:23
**fine** [1] - 6:14
**finished** [2] - 6:2, 6:5
**first** [1] - 5:1
**Flynn** [2] - 3:16, 3:21
**FLYNN** [7] - 1:19, 3:18, 3:21, 5:3, 5:7, 6:24, 7:4
**following** [1] - 3:10
**FOR** [1] - 1:2
**foregoing** [1] - 7:15
**FOWLER** [3] - 2:10, 5:17, 7:7
**Fowler** [2] - 4:6, 5:17
**Freescale** [1] - 2:18
**Fujitsu** [5] - 3:4, 4:14, 4:22, 5:22, 5:25
**FUJITSU** [2] - 1:7, 1:7

**G**

**Gaffigan** [2] - 1:25, 7:17
**good-bye** [1] - 7:12
**GRACE** [1] - 1:18
**Grace** [1] - 3:16
**GRAHAM** [2] - 1:22, 3:24
**Graham** [1] - 3:25
**Gray** [1] - 4:13
**GRAY** [2] - 2:22, 3:2

**H**

**heads** [1] - 6:8
**heard** [1] - 6:12
**hearing** [3] - 3:19, 6:14, 6:15
**held** [2] - 3:11, 6:15
**hello** [3] - 3:14, 3:18, 3:22
**hereby** [1] - 7:15
**HEYMAN** [1] - 1:16
**Honor** [14] - 3:14, 3:18, 3:24, 4:4, 4:9, 4:12, 5:3, 5:7, 5:12, 5:17, 6:24, 7:4, 7:9, 7:10

**HONORABLE** [1] - 1:13
**HORWITZ** [2] - 2:14, 4:9
**Horwitz** [1] - 4:9

**I**

**Illinois** [1] - 2:17
**IN** [2] - 1:1, 1:2
**Inc** [2] - 2:12, 3:5
**INC** [2] - 1:7, 1:7
**incorporates** [1] - 6:18
**indicating** [1] - 4:22
**intend** [1] - 6:5
**itself** [1] - 5:20

**J**

**Jack** [1] - 4:1
**JACK** [1] - 2:3
**January** [1] - 1:10
**Jones** [1] - 4:10
**JONES** [1] - 2:16
**JR** [1] - 2:3
**Judge** [1] - 3:13
**jurisdiction** [1] - 5:25

**K**

**keep** [1] - 7:1
**Kraft** [1] - 4:5
**KRAFT** [2] - 2:7, 4:4

**L**

**LEONARD** [1] - 1:13
**letter** [1] - 4:21
**LEVER** [1] - 2:3
**Lever** [1] - 4:1
**LIMITED** [1] - 1:7
**lined** [1] - 6:3
**LLC** [5] - 1:3, 1:18, 1:20, 3:15, 4:17
**LLP** [9] - 1:16, 1:22, 2:2, 2:7, 2:9, 2:14, 2:20, 2:22, 3:2
**look** [1] - 7:11

**M**

**Mark** [2] - 4:5, 5:17
**MARK** [1] - 2:10
**Mary** [1] - 3:25
**MARY** [1] - 1:22
**Massachusetts** [1] - 3:3

**matter** [1] - 6:12
**MEMORY** [1] - 1:3
**Memory** [3] - 1:20, 3:15, 4:17
**Merit** [1] - 1:25
**Morris** [1] - 4:1
**MORRIS** [1] - 1:22
**motion** [3] - 5:24, 5:25, 6:4
**MR** [13] - 3:14, 3:18, 3:21, 4:9, 4:12, 5:3, 5:7, 5:12, 5:17, 6:24, 7:4, 7:7, 7:9
**MS** [2] - 3:24, 4:4

## N

**NEAL** [1] - 1:16
**Neal** [1] - 3:15
**need** [1] - 5:5
**needs** [2] - 5:11, 5:13
**next** [1] - 6:20
**NICHOLS** [1] - 1:22
**Nichols** [1] - 4:1
**NO** [1] - 1:8
**non** [1] - 5:22
**non-Fujitsu** [1] - 5:22
**North** [3] - 2:5, 3:25, 4:18
**NORTH** [1] - 1:6
**NOTE** [1] - 3:10
**notes** [1] - 7:15
**nothing** [2] - 5:11, 5:12
**November** [1] - 6:16

## O

**OF** [2] - 1:2, 1:6
**offices** [1] - 4:7
**Official** [1] - 7:17
**one** [1] - 5:9
**oOo** [1] - 3:8
**order** [4] - 4:23, 6:14, 6:18, 7:12
**outlined** [1] - 6:7
**own** [1] - 5:24

## P

**p.m** [2] - 3:11, 7:13
**Palo** [2] - 2:11, 4:6
**PANASONIC** [1] - 1:6
**Panasonic** [4] - 2:5, 3:24, 4:17, 5:10
**part** [1] - 6:2
**parties** [1] - 6:17
**Pennsylvania** [1] - 1:19

**phone** [2] - 4:5, 5:14
**PIPER** [2] - 2:7, 2:9
**Piper** [1] - 4:5
**pittsburgh** [1] - 1:19
**Pittsburgh** [1] - 3:16
**Plaintiff** [1] - 1:4
**plaintiff** [6] - 3:15, 5:2, 5:5, 6:17, 6:23, 7:3
**plaintiff's** [1] - 6:5
**Poff** [1] - 4:13
**POFF** [2] - 2:20, 4:12
**point** [1] - 6:12
**POTTER** [1] - 2:14
**pretrial** [1] - 6:25
**proceeding** [1] - 7:15
**PROCTOR** [1] - 1:16
**proposed** [4] - 6:10, 6:14, 6:18, 7:12

## R

**record** [1] - 4:16
**Registered** [1] - 1:25
**Reporter** [2] - 1:25, 7:17
**REPORTER'S** [1] - 3:10
**require** [1] - 4:24
**resolution** [1] - 4:24
**respect** [2] - 4:22, 5:19
**revised** [1] - 6:17
**Rich** [1] - 4:9
**RICHARD** [1] - 2:14
**Ropes** [1] - 4:13
**ROPES** [2] - 2:22, 3:2

## S

**schedule** [4] - 5:20, 6:7, 6:9, 6:10
**scheduling** [3] - 4:19, 4:23, 6:18
**see** [1] - 4:21
**SEMICONDUCTOR** [2] - 1:7, 1:7
**Semiconductor** [2] - 2:18, 3:4
**set** [1] - 4:19
**setting** [2] - 6:9, 6:24
**shortly** [1] - 6:6
**side** [1] - 6:11
**sign** [1] - 6:21
**SMART** [1] - 1:3
**Smart** [3] - 1:20, 3:15, 4:17
**SOLUTIONS** [1] - 1:3
**Solutions** [3] - 1:20, 3:15, 4:17

**sorry** [1] - 3:19
**Speaker** [2] - 7:8, 7:10
**STARGATT** [1] - 2:20
**STARK** [1] - 1:13
**Stark** [1] - 3:13
**STATES** [1] - 1:1
**stenographic** [1] - 7:15
**Steve** [1] - 4:14
**STEVEN** [1] - 2:23
**submit** [1] - 6:17
**suppose** [1] - 5:22

## T

**TAYLOR** [1] - 2:20
**Telephone** [1] - 1:11
**telephone** [2] - 3:10, 7:13
**TENNANT** [3] - 2:3, 5:12, 7:9
**Tennant** [1] - 4:1
**THE** [17] - 1:1, 1:2, 3:12, 3:17, 3:19, 3:23, 4:3, 4:8, 4:11, 4:15, 5:4, 5:8, 5:14, 6:8, 7:1, 7:5, 7:11
**thinks** [1] - 5:5
**today** [3] - 4:22, 6:9, 6:25
**Toshiba** [5] - 2:12, 5:18, 5:21, 5:23, 7:7
**TOSHIBA** [1] - 1:6
**transcript** [1] - 7:15
**transfer** [1] - 5:24
**trial** [1] - 6:25
**true** [1] - 7:15
**Tuesday** [1] - 1:10
**TUNNELL** [1] - 1:22
**two** [1] - 6:20

## U

**U.S** [1] - 7:18
**U.S.D.C.J** [1] - 1:13
**Unidentified** [2] - 7:8, 7:10
**UNITED** [1] - 1:1
**unless** [1] - 6:24
**up** [2] - 6:3, 6:8
**US** [2] - 2:7, 2:9

## V

**venue** [1] - 5:24
**versus** [1] - 4:17

## W

**wants** [1] - 5:8
**Washington** [2] - 2:4, 2:23
**White** [1] - 4:2
**WHITE** [1] - 2:2
**Williamson** [1] - 4:6
**WILLIAMSON** [1] - 2:10
**Wilmington** [2] - 1:10, 4:10
**wishes** [1] - 6:12
**Witcoff** [1] - 4:10
**WITCOFF** [1] - 2:17

## Y

**Young** [1] - 4:13
**YOUNG** [1] - 2:20