Christopher D. Banys (State Bar No. 230038)
Daniel M. Shafer    (State Bar No. 244839)
cdb@lanierlawfirm.com
dms@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 322-9100
Facsimile:  (650) 322-9103

Edward C. Flynn  (PRO HAC VICE)
Mark A. Grace  (PRO HAC VICE)
Thomas C. Wettach  (PA State Bar No. 1414)
eflynn@cohengrace.com
mgrace@cohengrace.com
twettach@cohengrace.com
COHEN & GRACE, LLC
105 Braunlich Dr., Suite 300
Pittsburgh, PA 15237
Telephone:  (412) 847-0300

Attorneys for Plaintiff,
SMART MEMORY SOLUTIONS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMART MEMORY SOLUTIONS, LLC | Case No.   3:12-cv-00853-EMC |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**   ; ORDER |
| v. | |
| PANASONIC CORPORATION OF NORTH AMERICA, ET AL. | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Civil L.R. 6-2, the parties hereto stipulate to this joint request for a continuance of the Initial Case Management Conference.  The Initial CMC is currently set for June 22, 2012 (with the deadline for filing a

1  Case Management Report set for June 15, 2012).   The parties request that the Initial CMC be
2  continued to July 20, 2012, or such date thereafter as may be convenient for the Court.  The
3  parties request this continuance in order to permit sufficient time to meet-and-confer thoroughly
4  with respect to the parties' Joint Case Management Conference statement, and to accommodate
5  previously-scheduled travel plans of Plaintiff's lead counsel. (Declaration of Daniel M. Shafer,
6  filed herewith.) There have been no previous time modifications in this case since it was
7  transferred to this District, and the requested modification will have no effect on any other
8  scheduled dates.

9       WHEREFORE, the parties request that the Initial Case Management Conference in this
10 case be reset for July 20, 2012.

12 Agreed to by:

14 Dated: June 12, 2012                    */s/ Daniel M. Shafer*
                                            Daniel M. Shafer
15                                          THE LANIER LAW FIRM, P.C.
                                            Christopher D. Banys SBN: 230038 (CA)
16                                          Daniel M. Shafer SBN: 244839 (CA)
17                                          The Lanier Law Firm, P.C.
                                            2200 Geng Road, Suite 200
18                                          Palo Alto, CA 94303
                                            Tel: (650) 332-9100
19                                          Fax: (650) 322-9103
                                            cdb@lanierlawfirm.com
20                                          dms@lanierlawfirm.com
21
                                            Counsel for Plaintiff,
22                                          SMART MEMORY SOLUTIONS, LLC

24 Dated: June 12, 2012                    */s/ Gabrielle E. Higgins*
                                            Gabrielle E. Higgins (CSB #163179)
25                                          ROPES & GRAY LLP
                                            1900 University Avenue, 6th Floor
26                                          East Palo Alto, California 94303-2284
27                                          Tel: (650) 617-4000
                                            Fax: (650) 617-4090
28                                          gabrielle.higgins@ropesgray.com

JOINT STIPULATION TO CONTINUE CMC            2
CASE NO: 3:12-cv-00853-EMC

1

2                                     Counsel for Defendants,
FUJITSU SEMICONDUCTOR

3                                     AMERICA, INC. and FUJITSU
SEMICONDUCTOR LTD

4

5

6

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.    The CMC is reset to 7/20/12 at 9:00 a.m. A joint CMC Statement shall be filed by 7/13/12.

8  _____

9  Hon. Edward M. Chen



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

---

JOINT STIPULATION TO CONTINUE CMC     3
CASE NO: 3:12-cv-00853-EMC