Christopher D. Banys (State Bar No. 230038)
Daniel M. Shafer      (State Bar No. 244839)
cdb@lanierlawfirm.com
dms@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 322-9100
Facsimile:  (650) 322-9103

Edward C. Flynn  (PRO HAC VICE)
Mark A. Grace  (PRO HAC VICE)
Thomas C. Wettach  (PA State Bar No. 1414)
eflynn@cohengrace.com
mgrace@cohengrace.com
twettach@cohengrace.com
COHEN & GRACE, LLC
105 Braunlich Dr., Suite 300
Pittsburgh, PA 15237
Telephone:  (412) 847-0300

Attorneys for Plaintiff,
SMART MEMORY SOLUTIONS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMART MEMORY SOLUTIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>PANASONIC CORPORATION OF NORTH AMERICA, ET AL.<br><br>Defendants. | Case No.   3:12-cv-00853-EMC<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**   ; ORDER<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Civil L.R. 6-2, the

parties hereto stipulate to this joint request for a continuance of the Initial Case Management

Conference.  The Initial CMC is currently set for June 22, 2012 (with the deadline for filing a

1    Case Management Report set for June 15, 2012).    The parties request that the Initial CMC be

2    continued to July 20, 2012, or such date thereafter as may be convenient for the Court.  The

3    parties request this continuance in order to permit sufficient time to meet-and-confer thoroughly

4    with respect to the parties' Joint Case Management Conference statement, and to accommodate

5    previously-scheduled travel plans of Plaintiff's lead counsel. (Declaration of Daniel M. Shafer,

6    filed herewith.) There have been no previous time modifications in this case since it was

7    transferred to this District, and the requested modification will have no effect on any other

8    scheduled dates.

9         WHEREFORE, the parties request that the Initial Case Management Conference in this

10   case be reset for July 20, 2012.

11

12   Agreed to by:

13

14   Dated: June 12, 2012                    */s/ Daniel M. Shafer*
                                             Daniel M. Shafer
15                                           THE LANIER LAW FIRM, P.C.
                                             Christopher D. Banys SBN: 230038 (CA)
16                                           Daniel M. Shafer SBN: 244839 (CA)
                                             The Lanier Law Firm, P.C.
17                                           2200 Geng Road, Suite 200
                                             Palo Alto, CA 94303
18                                           Tel: (650) 332-9100
                                             Fax: (650) 322-9103
19                                           cdb@lanierlawfirm.com
                                             dms@lanierlawfirm.com
20
                                             Counsel for Plaintiff,
21                                           SMART MEMORY SOLUTIONS, LLC
22

23

24   Dated: June 12, 2012                    */s/ Gabrielle E. Higgins*
                                             Gabrielle E. Higgins (CSB #163179)
25                                           ROPES & GRAY LLP
                                             1900 University Avenue, 6th Floor
26                                           East Palo Alto, California 94303-2284
                                             Tel: (650) 617-4000
27                                           Fax: (650) 617-4090
                                             gabrielle.higgins@ropesgray.com
28

JOINT STIPULATION TO CONTINUE CMC                      2
CASE NO: 3:12-cv-00853-EMC

Counsel for Defendants,
FUJITSU SEMICONDUCTOR
AMERICA, INC. and FUJITSU
SEMICONDUCTOR LTD

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The CMC is reset to 7/20/12 at 9:00 a.m.  A joint CMC Statement shall be filed by 7/13/12.

_____
Hon. Edward M. Chen



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION TO CONTINUE CMC
CASE NO: 3:12-cv-00853-EMC

3