UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SMART MEMORY SOLUTIONS, LLC,

    Plaintiff,                         No. C 12-1316 PJH

    v.

FREESCALE SEMICONDUCTOR, INC., et al.,

    Defendant.
_____

SMART MEMORY SOLUTIONS, LLC.,

    Plaintiff,                         No. C 12-1549 PJH

    v.

TOSHIBA AMERICA ELECTONIC COMPONENTS, INC.,             **ORDER**

    Defendants.
_____

    Pursuant to Civil Local Rule 3-12(c), the above-entitled matters are referred to the Hon. Edward M. Chen for a determination whether they are related to <u>Smart Memory Solutions v. Panasonic Corp.</u>, C-12-0853 EMC. It appears that the three cases at issue were originally one case, originally filed in the District of Delaware on August 2, 2011, as case No. C-11-0680 LPS. The claims against four of the five defendants were transferred piecemeal to this district in February-March 2012, pursuant to three separate stipulations to

transfer, entered into by the plaintiff Smart Memory Solutions, and, respectively, three defendants or groups of defendants, with the result that the case was opened here as three separate cases.

**IT IS SO ORDERED.**

Dated:  June 19, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge