Christopher D. Banys (State Bar No. 230038)
Daniel M. Shafer      (State Bar No. 244839)
cdb@lanierlawfirm.com
dms@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 322-9100
Facsimile:   (650) 322-9103

Edward C. Flynn  (PRO HAC VICE)
Mark A. Grace  (PRO HAC VICE)
Thomas C. Wettach  (PA State Bar No. 1414)
eflynn@cohengrace.com
mgrace@cohengrace.com
twettach@cohengrace.com
COHEN & GRACE, LLC
105 Braunlich Dr., Suite 300
Pittsburgh, PA 15237
Telephone:  (412) 847-0300

Attorneys for Plaintiff,
SMART MEMORY SOLUTIONS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMART MEMORY SOLUTIONS, LLC | Case No.   3:12-cv-00853-EMC |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** ; ORDER |
| v. | |
| PANASONIC CORPORATION OF NORTH AMERICA, ET AL. | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

        Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Civil L.R. 6-2, the

parties hereto stipulate to this joint request for a continuance of the Initial Case Management

Conference.  The Initial CMC is currently set for July 20, 2012 (with the deadline for filing a

1    Case Management Report set for July 13, 2012).    The parties request that the Initial CMC be

2    continued to August 24, 2012, or such date thereafter as may be convenient for the Court.

3          In support of this stipulated request, the parties state as follows:

4          1.   On June 26, 2012, the Court acted *sua sponte* (*see* Dkt. No. 87) to relate this case to

5                two other cases pending in this District:  (a) *Smart Memory Solutions, LLC v.*

6                *Freescale Semiconductor, et al*., Case No. 3:12-cv-01316-EMC (*see* Dkt. No. 93 in

7                that case); and (b) *Smart Memory Solutions, LLC v. Toshiba America Electronic*

8                *Components, Inc*., Case No. 3:12-cv-01549-EMC (*see* Dkt. No. 82 in that case).  All

9                three cases are now assigned to Judge Chen, and all are now set for an Initial CMC on

10               July 20, 2012.

11         2.   The above-mentioned *Freescale* and *Toshiba* cases were, until reassignment, both set

12               for Initial CMC on a later date.

13         3.   Counsel for all three cases have conferred regarding the new unified CMC date on

14               July 20, 2012.  The parties believe that it will be beneficial if they are permitted

15               additional time to coordinate amongst themselves, with respect to any common issues,

16               now that the three cases are deemed related.  Likewise, particularly with respect to the

17               *Freescale* and *Toshiba* cases, which were both previously set for a later CMC date,

18               the parties believe that these proceedings will benefit if the parties are permitted

19               additional time to meet and confer thoroughly with respect their Joint Case

20               Management Conference statements, Rule 26(f) requirements, and ADR

21               requirements.  (Declaration of Daniel M. Shafer, filed herewith.)

22         4.   After the currently-scheduled CMC date, the first upcoming date that is available for

23               both the Court and for counsel for the parties in all three cases is August 24, 2012.

24         5.   There has been one previous stipulated modification of the Initial CMC date in this

25               case (Dkt. No. 91), prior to Court's order relating this case to the *Freescale* and

26               *Toshiba* cases.

27         6.   The requested modification will have no effect on any other scheduled dates.

28               WHEREFORE, the parties request that the Initial Case Management Conference in this

JOINT STIPULATION TO CONTINUE CMC                    2
CASE NO: 3:12-cv-00853-EMC

1   case be reset for August 24, 2012; that the related deadlines for filing a joint CMC statement and

2   serving Initial Disclosures be adjusted accordingly, to August 17, 2012; and that the related

3   deadline for meeting and conferring under Fed. R. Civ. P. 26(f) also be adjusted accordingly, to

4   August 3, 2012.

5   Agreed to by:

6

7   Dated: July 10, 2012                         /s/  Daniel M. Shafer
                                                 Daniel M. Shafer
8                                                THE LANIER LAW FIRM, P.C.
                                                 Christopher D. Banys SBN: 230038 (CA)
9                                                Daniel M. Shafer SBN: 244839 (CA)
                                                 The Lanier Law Firm, P.C.
10                                               2200 Geng Road, Suite 200
                                                 Palo Alto, CA 94303
11                                               Tel: (650) 332-9100
                                                 Fax: (650) 322-9103
12                                               cdb@lanierlawfirm.com
                                                 dms@lanierlawfirm.com
13

14                                               Counsel for Plaintiff,
                                                 SMART MEMORY SOLUTIONS, LLC
15

16

17  Dated: July 10, 2012                         /s/  Gabrielle E. Higgins
                                                 Gabrielle E. Higgins (CSB #163179)
18                                               ROPES & GRAY LLP
                                                 1900 University Avenue, 6th Floor
19                                               East Palo Alto, California 94303-2284
                                                 Tel: (650) 617-4000
20                                               Fax: (650) 617-4090
                                                 gabrielle.higgins@ropesgray.com
21

22                                               Counsel for Defendants,
                                                 FUJITSU SEMICONDUCTOR
23                                               AMERICA, INC. and FUJITSU
                                                 SEMICONDUCTOR LTD
24

25

26

27

28

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2


3   _____
    Hon. Edward M. Chen

JOINT STIPULATION TO CONTINUE CMC
CASE NO: 3:12-cv-00853-EMC                    4