1  Christopher D. Banys (State Bar No. 230038)
   Daniel M. Shafer    (State Bar No. 244839)
2  cdb@lanierlawfirm.com
3  dms@lanierlawfirm.com
   THE LANIER LAW FIRM, P.C.
4  2200 Geng Road, Suite 200
   Palo Alto, California 94303
5  Telephone:  (650) 322-9100
   Facsimile:   (650) 322-9103
6

7  Edward C. Flynn  (PRO HAC VICE)
   Mark A. Grace  (PRO HAC VICE)
8  Thomas C. Wettach  (PA State Bar No. 1414)
   eflynn@cohengrace.com
9  mgrace@cohengrace.com
   twettach@cohengrace.com
10 COHEN & GRACE, LLC
   105 Braunlich Dr., Suite 300
11 Pittsburgh, PA 15237
12 Telephone:  (412) 847-0300

13 Attorneys for Plaintiff,
   SMART MEMORY SOLUTIONS, LLC
14

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMART MEMORY SOLUTIONS, LLC | Case No.  3:12-cv-00853-EMC |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** ; ORDER |
| v. | |
| PANASONIC CORPORATION OF NORTH AMERICA, ET AL. | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Civil L.R. 6-2, the parties hereto stipulate to this joint request for a continuance of the Initial Case Management Conference.  The Initial CMC is currently set for July 20, 2012 (with the deadline for filing a

JOINT STIPULATION TO CONTINUE CMC
CASE NO: 3:12-cv-00853-EMC                            1

Case Management Report set for July 13, 2012).    The parties request that the Initial CMC be continued to August 24, 2012, or such date thereafter as may be convenient for the Court.

In support of this stipulated request, the parties state as follows:

1. On June 26, 2012, the Court acted *sua sponte* (*see* Dkt. No. 87) to relate this case to two other cases pending in this District: (a) *Smart Memory Solutions, LLC v. Freescale Semiconductor, et al.*, Case No. 3:12-cv-01316-EMC (*see* Dkt. No. 93 in that case); and (b) *Smart Memory Solutions, LLC v. Toshiba America Electronic Components, Inc.*, Case No. 3:12-cv-01549-EMC (*see* Dkt. No. 82 in that case).  All three cases are now assigned to Judge Chen, and all are now set for an Initial CMC on July 20, 2012.

2. The above-mentioned *Freescale* and *Toshiba* cases were, until reassignment, both set for Initial CMC on a later date.

3. Counsel for all three cases have conferred regarding the new unified CMC date on July 20, 2012.  The parties believe that it will be beneficial if they are permitted additional time to coordinate amongst themselves, with respect to any common issues, now that the three cases are deemed related.  Likewise, particularly with respect to the *Freescale* and *Toshiba* cases, which were both previously set for a later CMC date, the parties believe that these proceedings will benefit if the parties are permitted additional time to meet and confer thoroughly with respect their Joint Case Management Conference statements, Rule 26(f) requirements, and ADR requirements.  (Declaration of Daniel M. Shafer, filed herewith.)

4. After the currently-scheduled CMC date, the first upcoming date that is available for both the Court and for counsel for the parties in all three cases is August 24, 2012.

5. There has been one previous stipulated modification of the Initial CMC date in this case (Dkt. No. 91), prior to Court's order relating this case to the *Freescale* and *Toshiba* cases.

6. The requested modification will have no effect on any other scheduled dates.

WHEREFORE, the parties request that the Initial Case Management Conference in this

case be reset for August 24, 2012; that the related deadlines for filing a joint CMC statement and serving Initial Disclosures be adjusted accordingly, to August 17, 2012; and that the related deadline for meeting and conferring under Fed. R. Civ. P. 26(f) also be adjusted accordingly, to August 3, 2012.

Agreed to by:

Dated: July 10, 2012      */s/  Daniel M. Shafer*
Daniel M. Shafer
THE LANIER LAW FIRM, P.C.
Christopher D. Banys SBN: 230038 (CA)
Daniel M. Shafer SBN: 244839 (CA)
The Lanier Law Firm, P.C.
2200 Geng Road, Suite 200
Palo Alto, CA 94303
Tel: (650) 332-9100
Fax: (650) 322-9103
cdb@lanierlawfirm.com
dms@lanierlawfirm.com

Counsel for Plaintiff,
SMART MEMORY SOLUTIONS, LLC

Dated: July 10, 2012      */s/  Gabrielle E. Higgins*
Gabrielle E. Higgins (CSB #163179)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
gabrielle.higgins@ropesgray.com

Counsel for Defendants,
FUJITSU SEMICONDUCTOR AMERICA, INC. and FUJITSU SEMICONDUCTOR LTD

JOINT STIPULATION TO CONTINUE CMC
CASE NO: 3:12-cv-00853-EMC                 3

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Hon. Edward M. Chen

