| | |
|---|---|
| 1 | Gabrielle E. Higgins (CSB #163179) |
| | *gabrielle.higgins@ropesgray.com* |
| 2 | **ROPES & GRAY LLP** |
| | 1900 University Avenue, 6th Floor |
| 3 | East Palo Alto, California 94303-2284 |
| | Tel: (650) 617-4000 |
| 4 | Fax: (650) 617-4090 |
| 5 | J. Steven Baughman (*pro hac vice*) |
| | *steven.baughman@ropesgray.com* |
| 6 | **ROPES & GRAY LLP** |
| | One Metro Center |
| 7 | 700 12th Street, NW, Suite 900 |
| | Washington, DC 20005-3948 |
| 8 | Tel: (202) 508-4600 |
| | Fax: (202) 508-4650 |
| 9 | |
| 10 | Hiroyuki Hagiwara (*pro hac vice*) |
| | *hiroyuki.hagiwara@ropesgray.com* |
| | **ROPES & GRAY LLP** |
| 11 | Yusen Building 2F |
| | 3-2 Marunouchi 2-Chome |
| 12 | Chiyoda-ku, Tokyo 100-0005 |
| | Japan |
| 13 | Tel: +81-3-6259-3500 |
| | Fax: +81-3-6259-3501 |
| 14 | |
| | Attorneys for Defendants |
| 15 | **FUJITSU SEMICONDUCTOR AMERICA, INC and** |
| | **FUJITSU SEMICONDUCTOR LTD.** |
| 16 | |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| SMART MEMORY SOLUTIONS, LLC, | ) | Case No. 3:12-cv-00853-EMC |
| | ) | |
| Plaintiff(s), | ) | **JOINT STIPULATION TO ADJOURN** |
| | ) | **CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| | ) | ORDER |
| PANASONIC CORPORATION OF NORTH | ) | |
| AMERICA, ET AL. | ) | |
| | ) | |
| Defendant(s). | ) | |

**JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE**

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, the parties hereto stipulate to this joint request that this Court adjourn for thirty (30) days the Initial Case Management Conference (currently scheduled for August 24, 2012), the ADR Phone Conference (currently scheduled for August 21, 2012), and all other deadlines between the parties prior to the Initial Case Management Conference. In support of this motion, the parties state the following:

(1). The parties are working to finalize a settlement of this action.

(2). Case management deadlines are approaching in this case. By August 17, 2012, the parties are currently required to file a Joint Case Management Conference Statement and serve initial disclosures. An ADR Phone Conference is currently scheduled for August 21, 2012. The Initial Case Management Conference is currently scheduled for August 24, 2012. (*See* ECF Nos. 92, 93.)

(3). Adjournment of the deadlines above is justified to permit the parties to finalize their settlement agreement, and in the meantime to avoid the costs that would otherwise be incurred. A stay would also allow this Court to refrain from having to decide multiple, separate, joint motions for extensions of these deadlines.

(4). There have been two previous stipulated modifications of the Initial Case Management Conference in this case (ECF Nos. 83, 91). The second stipulated modification (ECF No. 91) was made following reassignment of the *Freescale* (No. 3:12-cv-01316-EMC) and *Toshiba* (No. 3:12-cv-01549-EMC) cases.

(5). The requested time modification will have no effect on any other scheduled dates in this case, including the Case Management Conferences in the *Freescale* (No. 3:12-cv-01316-EMC) and *Toshiba* (No. 3:12-cv-01549-EMC) cases, which are still scheduled for August 24, 2012.

WHEREFORE, the Parties respectfully request that this Court adjourn for thirty (30) days the Initial Case Management Conference, ADR Phone Conference, and all other deadlines between the parties prior to the Initial Case Management Conference.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 8, 2012 | /s/ J. Steven Baughman |
| 3 | | J. Steven Baughman (*pro hac vice*) |
| | | ROPES & GRAY LLP |
| 4 | | One Metro Center |
| | | 700 12th Street, NW, Suite 900 |
| 5 | | Washington, DC 20005-3948 |
| | | Tel: (202) 508-4600 |
| 6 | | Fax: (202) 508-4650 |
| 7 | | steven.baughman@ropesgray.com |
| 8 | | Counsel for Defendants, |
| | | FUJITSU SEMICONDUCTOR |
| 9 | | AMERICA, INC. and FUJITSU |
| | | SEMICONDUCTOR LTD |
| 10 | | |
| 11 | | |
| 12 | Dated: August 8, 2012 | /s/ Daniel M. Shafer |
| | | Daniel M. Shafer |
| 13 | | THE LANIER LAW FIRM, P.C. |
| 14 | | Christopher D. Banys SBN: 230038 (CA) |
| | | Daniel M. Shafer SBN: 244839 (CA) |
| 15 | | The Lanier Law Firm, P.C. |
| | | 2200 Geng Road, Suite 200 |
| 16 | | Palo Alto, CA 94303 |
| 17 | | Tel: (650) 332-9100 |
| | | Fax: (650) 322-9103 |
| 18 | | cdb@lanierlawfirm.com |
| 19 | | dms@lanierlawfirm.com |
| 20 | | Counsel for Plaintiff, |
| | | SMART MEMORY SOLUTIONS, LLC |
| 21 | | |

IT IS SO ORDERED that the CMC is reset from 8/24/12 to 10/5/12 at 9:00 a.m.  A joint CMC Statement shall be filed by 9/28/12.

_____
Edward M. Chen
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED, Judge Edward M. Chen]*

JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE      3
Case No. 3:12-cv-00853-EMC