Christopher D. Banys (State Bar No. 230038)
Daniel M. Shafer (State Bar No. 244839)
cdb@lanierlawfirm.com
dms@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone: (650) 322-9100
Facsimile: (650) 322-9103

Edward C. Flynn (PRO HAC VICE)
Mark A. Grace (PRO HAC VICE)
Thomas C. Wettach (PA State Bar No. 1414)
eflynn@cohengrace.com
mgrace@cohengrace.com
twettach@cohengrace.com
COHEN & GRACE, LLC
105 Braunlich Dr., Suite 300
Pittsburgh, PA 15237
Telephone: (412) 847-0300

Attorneys for Plaintiff,
SMART MEMORY SOLUTIONS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMART MEMORY SOLUTIONS, LLC | Case No. 3:12-cv-00853-EMC |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| PANASONIC CORPORATION OF NORTH AMERICA, ET AL. | |
| Defendants. | |

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO: 3:12-cv-00853-EMC

1

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Smart Memory Solutions LLC and Defendants Fujitsu Semiconductor America, Inc. and Fujitsu Semiconductor Limited hereby stipulate that all claims and causes of action asserted or that could have been asserted between Plaintiff and Defendants in the above-referenced action be, and hereby are, dismissed with prejudice. Each party shall bear its own costs and attorney fees.

Agreed to by:

Dated: August 30, 2012

/s/ Daniel M. Shafer
Daniel M. Shafer
THE LANIER LAW FIRM, P.C.
Christopher D. Banys SBN: 230038 (CA)
Daniel M. Shafer SBN: 244839 (CA)
The Lanier Law Firm, P.C.
2200 Geng Road, Suite 200
Palo Alto, CA 94303
Tel: (650) 332-9100
Fax: (650) 322-9103
cdb@lanierlawfirm.com
dms@lanierlawfirm.com

Counsel for Plaintiff,
SMART MEMORY SOLUTIONS, LLC

Dated: August 30, 2012

/s/ J. Steven Baughman
J. Steven Baughman (*Pro Hac Vice*)
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Tel: (202) 508-4600
Fax: (202) 508-4650
steven.baughman@ropesgray.com

Counsel for Defendants,
FUJITSU SEMICONDUCTOR AMERICA, INC. and FUJITSU SEMICONDUCTOR LTD

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Edward M. Chen
U.S. District Judge



STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO: 3:12-cv-00853-EMC

3