1  Christopher D. Banys (State Bar No. 230038)
2  Daniel M. Shafer    (State Bar No. 244839)
   cdb@lanierlawfirm.com
3  dms@lanierlawfirm.com
   THE LANIER LAW FIRM, P.C.
4  2200 Geng Road, Suite 200
   Palo Alto, California 94303
5  Telephone:  (650) 322-9100
   Facsimile:   (650) 322-9103
6

7  Edward C. Flynn  (PRO HAC VICE)
   Mark A. Grace  (PRO HAC VICE)
8  Thomas C. Wettach  (PA State Bar No. 1414)
   eflynn@cohengrace.com
9  mgrace@cohengrace.com
   twettach@cohengrace.com
10 COHEN & GRACE, LLC
   105 Braunlich Dr., Suite 300
11 Pittsburgh, PA 15237
12 Telephone:  (412) 847-0300

13 Attorneys for Plaintiff,
   SMART MEMORY SOLUTIONS, LLC
14

15
16                IN THE UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

                            SAN FRANCISCO DIVISION
18

19 | SMART MEMORY SOLUTIONS, LLC | Case No.   3:12-cv-00853-EMC |
20 |          Plaintiff,          | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
21 | v.                           | |
22 | PANASONIC CORPORATION OF NORTH AMERICA, ET AL. | |
23 |                              | |
24 |          Defendants.         | |

25
26
27
28

STIPULATION OF DISMISSAL WITH
PREJUDICE                                1
CASE NO: 3:12-cv-00853-EMC

1    **STIPULATION OF DISMISSAL WITH PREJUDICE**

2    Plaintiff Smart Memory Solutions LLC and Defendants Fujitsu Semiconductor
3    America, Inc. and Fujitsu Semiconductor Limited hereby stipulate that all claims and causes
4    of action asserted or that could have been asserted between Plaintiff and Defendants in the
5    above-referenced action be, and hereby are, dismissed with prejudice.  Each party shall bear
6    its own costs and attorney fees.

8    Agreed to by:

10   Dated:  August 30, 2012            */s/  Daniel M. Shafer*
                                        Daniel M. Shafer
                                        THE LANIER LAW FIRM, P.C.
                                        Christopher D. Banys SBN: 230038 (CA)
                                        Daniel M. Shafer SBN: 244839 (CA)
                                        The Lanier Law Firm, P.C.
                                        2200 Geng Road, Suite 200
                                        Palo Alto, CA 94303
                                        Tel: (650) 332-9100
                                        Fax: (650) 322-9103
                                        cdb@lanierlawfirm.com
                                        dms@lanierlawfirm.com

                                        Counsel for Plaintiff,
                                        SMART MEMORY SOLUTIONS, LLC

20   Dated:  August 30, 2012            */s/  J. Steven Baughman*
                                        J. Steven Baughman (*Pro Hac Vice*)
                                        ROPES & GRAY LLP
                                        One Metro Center
                                        700 12th Street, NW, Suite 900
                                        Washington, DC 20005-3948
                                        Tel: (202) 508-4600
                                        Fax: (202) 508-4650
                                        steven.baughman@ropesgray.com

                                        Counsel for Defendants,
                                        FUJITSU SEMICONDUCTOR
                                        AMERICA, INC. and FUJITSU
                                        SEMICONDUCTOR LTD

STIPULATION OF DISMISSAL WITH
PREJUDICE                                    2
CASE NO: 3:12-cv-00853-EMC

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4  _____
   Edward M. Chen
5  U.S. District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL WITH
PREJUDICE                                          3
CASE NO: 3:12-cv-00853-EMC